B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Virginia | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chantilly BioPharma LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-1256555** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3701 Concorde Pkwy**<br>**Chantilly, VA**<br>ZIP Code **20151** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfax** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)     Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Chantilly BioPharma LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Capricorn Pharma, LLC** | Case Number: **14-12941** | Date Filed: **2/27/14** |
| District: **Maryland** | Relationship: **Affiliate** | Judge: **Mannes** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)   Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chantilly BioPharma LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

■ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **/s/ Murty Azzarapu**
Signature of Foreign Representative

**Murty Azzarapu, CRO**
Printed Name of Foreign Representative

**June 9, 2014**
Date

### Signature of Attorney*

X **/s/ Drescher & Associates, PA**
Signature of Attorney for Debtor(s)

**Drescher & Associates, PA**
Printed Name of Attorney for Debtor(s)

**Drescher & Associates**
Firm Name

**4 Reservoir Circle
Suite 107
Baltimore, MD 21208-6360**
Address

Email: rondrescher@drescherlaw.com
**410 484 9000  Fax: 410 484 8120**
Telephone Number

**June 9, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Chantilly BioPharma LLC**  
Debtor(s)

Case No.  
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Addeco**<br>**21515 Ridgetop Cir**<br>**Suite 180**<br>**Sterling, VA 20166** | **Addeco**<br>**21515 Ridgetop Cir**<br>**Suite 180**<br>**Sterling, VA 20166** | | **Disputed** | **24,000.00** |
| **Akash K Varma**<br>**6915 Cabin John Rd**<br>**Springfield, VA 22150** | **Akash K Varma**<br>**6915 Cabin John Rd**<br>**Springfield, VA 22150** | | | **1,135.82** |
| **BB & T**<br>**Rt 50 East**<br>**Chantilly, VA** | **BB & T**<br>**Rt 50 East**<br>**Chantilly, VA** | | **Disputed** | **17,900.47**<br><br>**(0.00 secured)** |
| **Dominion Virginia Power**<br>**PO Box 26543**<br>**Richmond, VA 23290** | **Dominion Virginia Power**<br>**PO Box 26543**<br>**Richmond, VA 23290** | | | **Unknown** |
| **Fairfax County Dept of Tax Adm**<br>**12000 Govt. Center Parkway**<br>**Suite 223**<br>**Fairfax, VA 22035** | **Fairfax County Dept of Tax Adm**<br>**12000 Govt. Center Parkway**<br>**Suite 223**<br>**Fairfax, VA 22035** | | **Disputed** | **28,467.58** |
| **Gada Lam**<br>**4182 Calais Point Ct**<br>**Fairfax, VA 22033** | **Gada Lam**<br>**4182 Calais Point Ct**<br>**Fairfax, VA 22033** | | | **1,430.68** |
| **Hina Jamil**<br>**4706 Kirkdal Dr**<br>**Woodbridge, VA 22193** | **Hina Jamil**<br>**4706 Kirkdal Dr**<br>**Woodbridge, VA 22193** | | | **4,374.47** |
| **IRS**<br>**PO Box 21125**<br>**Philadelphia, PA 19114-0325** | **IRS**<br>**PO Box 21125**<br>**Philadelphia, PA 19114-0325** | | **Disputed** | **71,766.09** |
| **Lexus Financial Services**<br>**3410 King St**<br>**Alexandria, VA 22302** | **Lexus Financial Services**<br>**3410 King St**<br>**Alexandria, VA 22302** | | **Disputed** | **12,500.00**<br><br>**(7,500.00 secured)** |
| **Lindsay Candillac Company**<br>**1525 Kenwood Ave**<br>**Alexandria, VA 22302** | **Lindsay Candillac Company**<br>**1525 Kenwood Ave**<br>**Alexandria, VA 22302** | | **Disputed** | **1,950.00**<br><br>**(Unknown secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Chantilly BioPharma LLC**  
                                       Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mafco Worldwide Corp<br>PO Box 821074<br>Philadelphia, PA 19182-1074 | Mafco Worldwide Corp<br>PO Box 821074<br>Philadelphia, PA 19182-1074 | | | 1,775.31 |
| Mona Abdelmeguid<br>2444 Curie Ct<br>Herndon, VA 20171 | Mona Abdelmeguid<br>2444 Curie Ct<br>Herndon, VA 20171 | | | 5,981.30 |
| RREEF<br>4550 Mongomery Ave<br>Suite 1100<br>Bethesda, MD 20814 | RREEF<br>4550 Mongomery Ave<br>Suite 1100<br>Bethesda, MD 20814 | | Disputed | Unknown |
| Shafeq Syed<br>1661 Commonwealth Dr<br>Front Royal, VA 22630 | Shafeq Syed<br>1661 Commonwealth Dr<br>Front Royal, VA 22630 | | | 1,931.90 |
| Suntrust Bank | Suntrust Bank | | Disputed | 1,978.17<br><br>(Unknown secured) |
| The Hartford<br>PO Box 660916<br>0916, TX 75266 | The Hartford<br>PO Box 660916<br>0916, TX 75266 | | | 4,614.00 |
| TMC Loan | TMC Loan | | Disputed | 2,100.56<br><br>(Unknown secured) |
| Utica Leaseco LLC<br>44225 Utica Rd<br>Utica, MI 48317 | Utica Leaseco LLC<br>44225 Utica Rd<br>Utica, MI 48317 | | Disputed | 1,297,183.70<br><br>(Unknown secured) |
| Vertical Pharma Inc and Trigen<br>2400 Main St<br>Suite 6<br>Sayreville, NJ 08872 | Vertical Pharma Inc and Trigen<br>2400 Main St<br>Suite 6<br>Sayreville, NJ 08872 | | Disputed<br>Subject to Setoff | Unknown |
| | | | | |

**B4** (Official Form 4) (12/07) - Cont.

In re   **Chantilly BioPharma LLC**                                             Case No.

    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CRO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June  9, 2014**                             Signature  **/s/ Murty Azzarapu**
                                                               **Murty Azzarapu**
                                                               **CRO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

.

Addeco
21515 Ridgetop Cir
Suite 180
Sterling, VA 20166


Akash K Varma
6915 Cabin John Rd
Springfield, VA 22150


BB & T
Rt 50 East
Chantilly, VA


Dominion Virginia Power
PO Box 26543
Richmond, VA 23290


Fairfax County Dept of Tax Adm
12000 Govt. Center Parkway
Suite 223
Fairfax, VA 22035


Gada Lam
4182 Calais Point Ct
Fairfax, VA 22033


Hina Jamil
4706 Kirkdal Dr
Woodbridge, VA 22193


IRS
PO Box 21125
Philadelphia, PA 19114-0325


Lexus Financial Services
3410 King St
Alexandria, VA 22302


Lindsay Candillac Company
1525 Kenwood Ave
Alexandria, VA 22302


Mafco Worldwide Corp
PO Box 821074
Philadelphia, PA 19182-1074

Mona Abdelmeguid
2444 Curie Ct
Herndon, VA 20171


RREEF
4550 Mongomery Ave
Suite 1100
Bethesda, MD 20814


Shafeq Syed
1661 Commonwealth Dr
Front Royal, VA 22630


Suntrust Bank


The Hartford
PO Box 660916
0916, TX 75266


TMC Loan


Utica Leaseco LLC
44225 Utica Rd
Utica, MI 48317


VEC Central Office
PO Box 1358
Richmond, VA 23219


Vertical Pharma Inc and Trigen
2400 Main St
Suite 6
Sayreville, NJ 08872

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Chantilly BioPharma LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Chantilly BioPharma LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 9, 2014**
Date

**/s/ Drescher & Associates, PA**
**Drescher & Associates, PA**
Signature of Attorney or Litigant
Counsel for **Chantilly BioPharma LLC**
**Drescher & Associates**
**4 Reservoir Circle**
**Suite 107**
**Baltimore, MD 21208-6360**
**410 484 9000  Fax:410 484 8120**
**rondrescher@drescherlaw.com**