## CORPORATE RESOLUTION

June 9, 2014

Pursuant to the provisions of the Virginia General Corporate Law, a special meeting of the holders of issued and outstanding interests of Chantilly BioPharma LLC (the "Corporation"), was held and the following resolutions were unanimously adopted:

RESOLVED: That the Corporation's CRO, Murty Azzarapu, is hereby authorized and directed to execute, in the name of and on behalf of the Corporation, a Petition under Chapter 11 of the Federal Bankruptcy Code, and to take any such action as they deem to be necessary or appropriate in connection with the institution and filing of the Chapter 11 case, and to provide in accordance with the requirements of the Federal Bankruptcy Code, all documents, reports, books, and records of the Corporation, and in all other ways to comply with the provisions of the Federal Bankruptcy Code as they may apply to that case; and

RESOLVED FURTHER: That the Corporation is authorized to retain the law firm of Drescher & Associates, P.A., to represent it in the Chapter 11 proceeding; and

IN WITNESS WHEREOF, I have signed this Corporate Resolution the day and year first hereinabove written.

Chantilly BioPharma LLC

By*/s/Murty Azzarapu*
Murty Azzarapu, CRO