# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   14−12195−BFK
**Chapter**   11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chantilly BioPharma LLC
3701 Concorde Pkwy
Chantilly, VA 20151

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  45−1256555

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS

TO:     DEBTOR OR DEBTOR'S COUNSEL

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on June 9, 2014. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   June 23, 2014**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

**All Schedules (A−J) and Statement of Financial Affairs**
**Summary of Schedules (2−pages)**
**List of Equity Security Holders**

Date:  June 10, 2014

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Elizabeth W. Douglass
Deputy Clerk

[10071vDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Chantilly BioPharma LLC  
      Debtor

Case No. 14-12195-BFK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: douglasse     Page 1 of 1     Date Rcvd: Jun 10, 2014  
                 Form ID: 10071     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2014.  
db       +Chantilly BioPharma LLC,   3701 Concorde Pkwy,   Chantilly, VA 20151-1126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2014                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2014 at the address(es) listed below:  
         Judy A. Robbins     ustpregion04.ax.ecf@usdoj.gov  
         Ronald J. Drescher     on behalf of Debtor    Chantilly BioPharma LLC ecf@drescherlaw.com, myecfdrescher@gmail.com  
                                                                                                                                                 TOTAL: 2