**B9F ALT** (Official Form 9F ALT) (Chapter 11 Corporation/Partnership Case) (12/12)     Case Number **14–12195–BFK**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation Publicly Held listed below was filed on June 9, 2014.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

### Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Chantilly BioPharma LLC
3701 Concorde Pkwy
Chantilly, VA 20151

| | |
|---|---|
| Case Number:   14–12195–BFK<br>Office Code:   1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>45–1256555 |
| Attorney for Debtor(s) (name and address):<br>Ronald J. Drescher<br>Drescher & Associates<br>4 Reservoir Circle, Ste 107<br>Baltimore, MD 21208<br>Telephone number:  (410)484–9000 | |

## Meeting of Creditors
Date: **July 17, 2014**      Time: **10:00 AM**
Location: **115 South Union Street, Suite 208, Alexandria, VA 22314**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim
Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **10/15/14**      For a governmental unit: **12/8/14**

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:
September 15, 2014

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  6/11/14 |

## EXPLANATIONS      B9F ALT (Official Form 9F ALT) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR ALEXANDRIA CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:                                                                    Case Number: 14−12195−BFK
                                                                          Chapter 11

Chantilly BioPharma LLC

Social Security/Taxpayer ID/Employer ID/Other Nos.:

45−1256555

                         Debtor(s)


## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM
## AND PROOFS OF INTEREST


NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003−1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is October 15, 2014 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1.  Governmental units shall have until December 8, 2014, to file proofs of claim.

2.  Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3.  Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4.  Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.


Dated:  June 11, 2014                                    **FOR THE COURT:**

Proof of Claim page for Chapter 11
                                                         William C. Redden
                                                         Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                            Case No. 14-12195-BFK
Chantilly BioPharma LLC                                           Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: douglasse              Page 1 of 1                  Date Rcvd: Jun 11, 2014
                              Form ID: B9F                 Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2014.
db            +Chantilly BioPharma LLC,    3701 Concorde Pkwy,    Chantilly, VA 20151-1126
desig         +Murty Azzarapu,    3701 Concorde Pkwy,    Chantilly, VA 20151-1126
12404882      +Addeco,    21515 Ridgetop Cir,    Suite 180,    Sterling, VA 20166-6509
12404883      +Akash K Varma,    6915 Cabin John Rd,    Springfield, VA 22150-2437
12404884       BB & T,    Rt 50 East,    Chantilly, VA
12404885     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0000)
12404886       Fairfax County Dept of Tax Adm,     12000 Govt. Center Parkway,    Suite 223,
                Fairfax, VA 22035-0000
12404887      +Gada Lam,    4182 Calais Point Ct,    Fairfax, VA 22033-6201
12404888      +Hina Jamil,    4706 Kirkdal Dr,    Woodbridge, VA 22193-4825
12404890      +Lexus Financial Services,    3410 King St,    Alexandria, VA 22302-3015
12404891      +Lindsay Candillac Company,    1525 Kenwood Ave,    Alexandria, VA 22302-2399
12404892       Mafco Worldwide Corp,    PO Box 821074,    Philadelphia, PA 19182-1074
12404894      +RREEF,    4550 Mongomery Ave,    Suite 1100,    Bethesda, MD 20814-3304
12404895      +Shafeq Syed,    1661 Commonwealth Dr,    Front Royal, VA 22630-4541
12404897      +The Hartford,    PO Box 660916,    0916, TX 75266-0916
12404899      +Utica Leaseco LLC,    44225 Utica Rd,    Utica, MI 48317-5464
12404900      +VEC Central Office,    PO Box 1358,    Richmond, VA 23218-1358
12404901      +Vertical Pharma Inc and Trigen,     2400 Main St,    Suite 6,    Sayreville, NJ 08872-1474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ecf@drescherlaw.com Jun 12 2014 02:01:25     Ronald J. Drescher,
                Drescher & Associates,   4 Reservoir Circle, Ste 107,    Baltimore, MD  21208
12404889       EDI: IRS.COM Jun 12 2014 01:48:00      IRS,   PO Box 21125,   Philadelphia, PA 19114-0325
12407128       EDI: IRS.COM Jun 12 2014 01:48:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
12407129       E-mail/Text: AtlReorg@sec.gov Jun 12 2014 02:02:06      U.S. Securities and Exchange Commission,
                Office of Reorganization,   950 East Paces Ferry Road, N.E.,    Suite 900,
                Atlanta, GA 30326-1382
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12404896       Suntrust Bank
12404898       TMC Loan
12404893     ##+Mona Abdelmeguid,    2444 Curie Ct,    Herndon, VA 20171-6103
                                                                                              TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2014 at the address(es) listed below:
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
              Ronald J. Drescher    on behalf of Debtor   Chantilly BioPharma LLC ecf@drescherlaw.com,
               myecfdrescher@gmail.com
                                                                                              TOTAL: 2