IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:                                              *

Chantilly BioPharma LLC.                            *       Case No. 14-12195 BFK
                                                            Chapter 11
    Debtor.                                   *

*     *     *     *     *     *     *     *     *     *     *     *     *

**APPLICATION FOR ENLARGEMENT AND EXTENSION OF
TIME TO FILE SCHEDULES AND STATEMENT OF AFFAIRS**

    Chantilly BioPharma, LLC (the "Debtor"), by and through undersigned counsel, respectfully requests an extension of time to file its Schedules of Assets and Liabilities, Statement of Financial Affairs, List of Executory Contracts and List of Equity Security Holders (collectively, the "Required Filings").  As grounds therefore, the Debtor represents:

    1.    The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on June 9, 2014.

    2.    A list of creditors was submitted with the voluntary petition, which list identifies the creditors and their addresses.

    3.    The Required Filings are now in preparation. Accuracy requires that the Debtor assemble various original records and documents, from which the necessary detail may be gathered.

    4.    The detail is now being gathered and organized, but the extent of such detail requires additional time for accurate schedule preparation.

RONALD J. DRESCHER
Bar No. 35264
4 Reservoir Circle
Suite 107
Baltimore, MD 21208
(410) 484-9000
rondrescher@drescherlaw.com

Counsel for Debtor

        5.      The first meeting of creditors has been scheduled in this case for July 17, 2014. Thus, there will be no prejudice to creditors by the granting of an extension in that the Debtor anticipates filing the Required Filings prior to the first meeting.

        6.      Rule 9006 of the Federal Rules of Bankruptcy Procedure authorizes the Court, for cause shown, to enlarge the period of time for the Debtor to complete the Required Filings. The Debtor believes that sufficient cause exists in this case due to the number of secured, priority and unsecured creditors in this case, which must be ascertained in order for the Required Filings to be complete and accurate.

        WHEREFORE, the Debtor prays for the entry of an order enlarging and extending the time for the filing of the Required Documents through and until July 3, 2014, and for such other, further or different relief as is just.

        */s/Ronald J. Drescher*
RONALD J. DRESCHER
4 Reservoir Circle
Suite 107
Baltimore, MD 21208
(410) 484-9000

Counsel for Debtor

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 24th day of June, 2014, I served a copy of the foregoing motion by the Court's electronic case filing system.

                   */s/Ronald J. Drescher*
                   Ronald J. Drescher