## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Alexandria     **Division**

In re   Chantilly BioPharma LLC

               Case No. 14-12195-BFK

    Debtor(s)     Chapter 11

### ORDER EXTENDING TIME
### TO FILE LISTS, SCHEDULES AND STATEMENTS

  The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

  **ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to _____July 10, 2014_____, for filing the following:

All Schedules (A-J), Statement of Financial Affairs, Summary of Schedules (2 pages), List of Equity Security Holders

               WILLIAM C. REDDEN
               Clerk of Court

               By /s/ Elizabeth W. Douglass
                 Deputy Clerk

Date: June 25, 2014

               NOTICE OF JUDGMENT OR ORDER
               ENTERED ON DOCKET:

               June 25, 2014

[oextflss ver 01/10]